**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:09-CV-422

Doc. 42
3/23/10

Sent To: JOSEPH DOWD 292-593
Street, Apt. No.; or PO Box No.: SOCF, P.O. BOX 45699
City, State, ZIP+4: LUCASVILLE, OH 45699

PS Form 3800, June 2002     See Reverse for Instructions

7002 3150 0000 8388 1918